**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

 ELIZABETH VALDEZ,

                         Plaintiff,

             -against-

BROADWAY 10TH AVE REALTY CORP., et al.,

                  Defendants.
------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/25/2023_

**22-CV-3299 (ALC) (KHP)**

**ORDER**

On April 24, 2023, the parties appeared for an Initial Case Management Conference.

After review of the pleadings and consultation with the parties, the following Scheduling Order

is entered pursuant to Rule 16 of the Federal Rules of Civil Procedure:

**Pleadings, Parties, and Motions.**  The parties shall have until **July 25, 2023** to amend the

pleadings and join parties.  No further amendments or joinder of parties thereafter absent good

cause.

**Discovery.**   The deadline to complete fact discovery is **August 31, 2023**.  The deadline to

complete any expert discovery is **October 31, 2023**.

**Discovery Disputes.**  The parties shall follow the Court's Individual Procedures with

respect to any discovery disputes. *See* https://nysd.uscourts.gov/hon-katharine-h-parker.

**Rule 1 and Rule 26(b)(1).**  Counsel shall comply with Rule 1 and Rule 26(b)(1) in the

conduct of discovery.

**Document Requests.**  Counsel shall be fully familiar with their obligations under Rules

34 and 26(g) and consider and discuss ways to ensure compliance and minimize disputes

regarding overbreadth and specificity of requests and responses.  A failure to comply with this

responsibility carries serious consequences.  Requests for any and all documents on a broad topic are presumptively improper.  Likewise, courts have held that an objection that does not appropriately explain its grounds is forfeited.  *See, e.g.*, *Wesley Corp. v. Zoom T.V. Prods., LLC*, No. 17-100212018, 2018 WL 372700, at *4 (E.D. Mich. Jan. 11, 2018); *Fischer v. Forrest*, No. 14 Civ. 01304 (PAE) (AJP), 2017 WL 773694 (S.D.N.Y. Feb. 28, 2017) ("[A]ny discovery response that does not comply with Rule 34's requirement to state objections with specificity (and to clearly indicate whether responsive material is being withheld on the basis of objection) will be deemed a waiver of all objections (except as to privilege).").

**Status Letter.**  The parties shall file a joint status letter by **Thursday, June 8, 2023** updating the Court on their status with discovery.

**SO ORDERED.**

DATED:          New York, New York
                April 25, 2023

KATHARINE H. PARKER
United States Magistrate Judge