UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ELIZABETH VALDEZ,

                              Plaintiff,

            -against-

BROADWAY 10ᵀᴴ AVE REALTY CORP., 439 W. 202ᴺᴰ
STREET REALTY CORP., FLK INC.,

                             Defendants.
----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/13/2023

22-CV-3299 (ALC) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      As discussed in the September 13, 2023 case management conference, Defendant FLK Inc. was ordered to attend a conference along with the other Defendants in this case, but Defendant FLK Inc. failed to appear in violation of the Court's order. Defendant FLK Inc. is reminded that failure to follow court's orders may result in sanctions.

      Third Party Defendant P&N Towing Collision Paint Inc. also did not attend the conference and has not otherwise made an appearance in this action. Both FLK Inc. and P&N Towing are reminded that continued failure to participate in this action will lead to a Court order finding both in default.

      The fact and expert discovery deadlines are extended to **November 30, 2023**.

      By **October 13, 2023**, the parties shall write a joint status letter, updating the Court on their progress with the remaining discovery.

      **Landlord Defendants' counsel shall send this order to Defendant FLK Inc. and Third Party Defendant P&N Towing**.

**SO ORDERED.**

DATED: New York, New York
September 13, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge