**MEMO ENDORSED**

**HERRICK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/14/2023

Jennifer M. Muller
Associate
Phone: 212.592.5959
Fax: 212.545.2340
jmuller@herrick.com

*Application granted. Adjourned to a date to be set by the Court in a separate order.*

*So Ordered*
*Kathi H Parker*
*USMJ   11-14-23*

November 14, 2023

<u>Via ECF and Email</u>
Hon. Katharine H. Parker, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   Elizabeth Valdez v Broadway 10th Ave Realty Corp., 439 W. 202nd Street Realty Corp. and FLK Inc.; Docket No. 1:22-CV-03299 (ALC)(KHP)

Dear Judge Parker:

We represent defendants Broadway 10th Ave Realty Corp. and 439 W. 202nd Street Realty Corp. ("Landlord Defendants") in the above-entitled action. We write jointly with Plaintiff Elizabeth Valdez ("Plaintiff") to request an adjournment of the Settlement Conference currently scheduled for tomorrow, November 15, 2023.

Since the last Court Conference the Parties have worked together in good faith to prepare for the Settlement Conference. The Parties have exchanged settlement offers, Landlord Defendants shared their expert's inspection report, and Plaintiff's expert inspection occurred on October 26, 2023. Unfortunately, Plaintiff's expert's inspection report has not yet been completed. The Parties are in agreement that meaningful settlement discussions cannot move forward until Plaintiff's expert inspection report can be reviewed.

The Parties apologize for the last-minute nature of this request. The Parties understand that the Court has limited availability and there may be some delay before the Court has another available Settlement conference date. Depending on the court's availability, the parties have discussed engaging in mediation both private and through the District's mediation program.

Respectfully submitted,

/s/ Jennifer Muller