```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
  ELIZABETH VALDEZ,

                            Plaintiff,

           -against-

BROADWAY 10th AVE REALTY CORP., et al.,

                            Defendants.
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/19/2025

22-CV-3299 (ALC) (KHP)

POST-CONFERENCE ORDER

**KATHARINE H. PARKER, United States Magistrate Judge:**

On February 19, 2025, the parties appeared before the undersigned for a case management conference. As discussed at the conference and set forth below:

The parties shall complete all discovery, including taking any depositions, **by April 2, 2025**.

The parties shall file any Motions for Summary Judgment **by May 2, 2025**. Oppositions are due **by June 2, 2025**. Replies are due **by June 16, 2025**.

**By March 5, 2025**, the parties shall file a Joint Status Letter, updating the Court on the status of settlement negotiations.

**SO ORDERED.**

DATED:   New York, New York
         February 19, 2025

_____
KATHARINE H. PARKER
United States Magistrate Judge