UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ELIZABETH VALDEZ,

                        Plaintiff,

    -against-

BROADWAY 10TH AVE REALTY CORP., 439 W. 202ND
STREET REALTY CORP., FLK INC.,

                      Defendants.
-----------------------------------------------------------------X

**22-CV-3299 (KHP)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/13/2025

**KATHARINE H. PARKER, United States Magistrate Judge:**

On April 24, 2025, the parties filed a letter informing the Court that they had reached an agreement in principle to settle this action and that they planned to seek the Court's approval on a remaining issue in the matter. (ECF No. 80) **By July 15, 2025**, the parties shall file a Joint Status Letter updating the Court on the status of the settlement and any remaining issues in the case.

    **SO ORDERED.**

Dated: June 13, 2025
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge