UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ELIZABETH VALDEZ,

                                Plaintiff,                    22-CV-3299 (KHP)

        -against-

                                                **ORDER**

BROADWAY 10TH AVE REALTY CORP., 439 W. 202ND
STREET REALTY CORP., FLK INC.,

                                Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

The parties having reached a settlement and in light of the parties' stipulation of remediation, the Court ORDERS that the above-entitled action be and is hereby DISMISSED and discontinued without costs, and without prejudice to the right to reopen the action within 30 days of the date of this Order if the settlement/stipulation of remediation is not consummated. To be clear, any application to reopen must be filed by August 14, 2025; any such application filed thereafter may be denied solely on that basis. The Clerk of Court is directed to CLOSE the case.

      **SO ORDERED.**

Dated: July 14, 2025
       New York, New York

                                                           KATHARINE H. PARKER
                                                           United States Magistrate Judge