**HANSKI PARTNERS LLC**
4 INTERNATIONAL DRIVE, SUITE 110
RYE BROOK, NY 10573
PHONE: 212.248.7400

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/24/2026

July 23, 2026

*Via ECF*
The Honorable Katharine H. Parker, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

APPLICATION GRANTED

Katharine H Parker
Hon. Katharine H. Parker, U.S.M.J. 7/24/2026

*Re: Joint Status letter*
*Elizabeth Valdez v Broadway 10th Ave Realty Corp., 439 W. 202nd Street Realty Corp. and FLK Inc.; Case No. 1:22-CV-03299 (KHP)*

Dear Judge Parker:

Hanski Partners LLC represents Plaintiff Elizabeth Valdez in the above-referenced matter and respectfully submits this status letter jointly with Defendant FLK Inc., pursuant to the Court's July 9, 2026 Order. Dkt. No. 95.

Since the July 9 conference, Plaintiff and FLK have continued their discussions and exchanged proposals concerning a potential resolution of FLK's outstanding payment default. Those discussions remain ongoing.

The parties respectfully request an additional week, through July 30, 2026, to continue their discussions. By that date, the parties will advise the Court whether they have resolved the outstanding dispute and, if necessary, propose the next steps in this matter.

We thank the Court for its time and attention to this matter.

Respectfully,

/s/
Robert G. Hanski, Esq.